UNITED STATES DISTRICT COURT
CONNECITCUT

BERNARD T. KENNEDY, JR.

   Plaintiff,

V.              CIVIL ACTION NO

FINANCIAL ASSET MANAGEMENT SYSTEMS, INC.

Defendant.           DECEMBER 13, 2010

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; and regulations issued thereunder; and the Connecticut Unfair Trade Practices ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in Branford, CT.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA and has a principal place of business located at 1967 Lakeside Parkway, Suite 402, Tucker, GA 30084.

6. Defendant communicated with plaintiff by letter dated October 26, 2010 in connection with collection efforts with regard to plaintiff's disputed personal debt. *See Exhibit No. "1."*

7. In the collection efforts, the Defendant violated the FDCPA, § 1692e by misrepresenting the plaintiff's right to dispute a debt.

8. The Fair Debt Collection Practices Act §1692g (3) requires and refers to the (30) day period beginning, one day after the consumer debtors receipt of the collection letter. *See* 1692g (3) "a statement that unless the consumer, within thirty days **after receipt of the notice**, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector.

9. Defendant in its collection letter dated October 26, 2010 (Exhibit "1") advised the Plaintiff pursuant to §1692g (4) that "If you notify this office in writing within 30 days from receiving this notice, this office will, obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification."

10. Defendant shortened the validation period by one day and violated 1692g (4), which requires "a statement that if the consumer notifies the debt collector in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a

judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector."

11. Defendant in its collection letter dated October 26, 2010 (Exhibit "1") advised the Plaintiff pursuant to §1692g (5) that "If you notify this office in writing <u>within 30 days from receiving this notice</u>, this office will provide you with the name and address of the original creditor if that is different from the current creditor."

12. Defendant shortened the validation period by one day and violated §1692g (5), which requires " a statement that, upon the consumer's written request <u>within the thirty-day period</u>, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor."

13. In the collection efforts, the Defendant violated the FDCPA; inter alia, section 1692e, and g.

## SECOND COUNT

14. The allegations of the First Count are repeated and realleged as if fully set forth herein.

15. Within three years prior to the date of this action, Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. 42-110a et seq, including but not limited to making false, deceptive and misleading statements in violation of §1692e and shortening the dispute period in violation of §1692g.

WHEREFORE Plaintiff respectfully requests this Court to:

1. Award Plaintiff statutory damages pursuant to the FDCPA.

2. Award Plaintiff statutory damages pursuant to CUTPA

3. Award Plaintiff costs of suit and a reasonable attorney's fee.

4. Award such other and further relief as this Court may see fit.

THE PLAINTIFF

BY /S/Bernard T. Kennedy
Bernard T. Kennedy, Esquire
157 Pine Orchard Road
Branford, CT 06405
(443) 607- 8901
(443) 607-8903 Fax
Fed. Bar # ct00680
bernardtkennedy@yahoo.com

2500250000287456
PO BOX 600
ASHLAND VA 23005-0600

| ACCOUNT NO. | PRINCIPAL BAL. | INTEREST |
|---|---|---|
| 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 | $12,984.81 | $5,027.18 |
| PENALTY CHARGES | FEES & COST | TOTAL BALANCE |
| $.00 | $4,384.11 | $22,396.10 |
| | AMOUNT PAID: | |

10/26/10

**RETURN THIS PORTION WITH YOUR PAYMENT.**

DO NOT SEND CASH
MAKE CHECKS PAYABLE TO:
U.S. DEPARTMENT OF EDUCATION
SHOW YOUR SOCIAL SECURITY NUMBER
ON YOUR CHECK

SEND PAYMENT TO:

01152

BERNARD T KENNEDY
49 ROSE ST APT 301
BRANFORD CT 06405-3794


PLAINTIFF'S EXHIBIT  11/1/11

UNITED STATES
DEPARTMENT OF EDUCATION
PO BOX 105028
ATLANTA GA 30348-5028

4 320495079548 0000004950 00000084      4 320495079548 0010262010 22396103

---

KEEP THIS PORTION FOR YOUR RECORDS

DEAR BERNARD T KENNEDY:

FAMS ID Number: 0303689007
Interest       : $5,027.18
Fees & Costs   : $4,384.11

Original Creditor: US DEPARTMENT OF EDUCATION
Principal Balance: $12,984.81
Penalty Charges  : $.00
Total Balance    : $22,396.10

Your defaulted student loan has been placed with Financial Asset Management Systems, Inc. for the purpose of securing payment of this debt. The United States Department of Education indicates that your loan is seriously delinquent and demands your attention.

If you are unable to pay this debt in full, please contact our office to make suitable repayment arrangements. To ensure proper crediting of your account, please return the upper portion of this notice with your payment and include your social security number on your payment.

Unless you notify this office within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, our office will assume this debt is valid. If you notify this office in writing within thirty (30) days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail a copy of such judgment or verification to you. If you request from this office in writing within thirty (30) days from receiving this notice, this office will provide you with the name and address of the original creditor if that is different from the current creditor.

Complaints against Financial Asset Management Systems, Inc. may be registered in writing at Atlanta Service Center Branch at:
    Federal Student Aid, Sam Nunn Federal Center
    61 Forsyth Street, SW, Suite 18T39-A
    Atlanta, GA 30303

Sincerely yours,

B. Martin, Operations Manager
P.O. Box 451437, Atlanta, GA 31145-1437

Hours: Mon-Thur: 8 am to 9 pm, Fri 8 am to 5 pm; Sat 8 am to 12 pm (EST)
Our phone number is 1-888-680-4326
This communication is from a debt collector.
This is an attempt to collect a debt.
Any information obtained will be used for that purpose.

FAM/05K    Rev 09/10

\*\*\* SEE REVERSE SIDE FOR IMPORTANT INFORMATION \*\*\*

1967 Lakeside Parkway, Suite 400, Tucker, GA 30084

## § 1692g Validation of debts

(a) Within five days after the initial communication with a consumer in connection with the collection of any debt, a debt collector shall, unless the following information is contained in the initial communication or the consumer has paid the debt, send the consumer a written notice containing—

(1) the amount of the debt;

(2) the name of the creditor to whom the debt is owed;

(3) a statement that unless the consumer, **within thirty days after receipt of the notice**, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector;

(4) a statement that if the consumer notifies the debt collector in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and

(5) a statement that, upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.



PLAINTIFF'S EXHIBIT